(No. 84-CC-033█ )

QUINCY PARK DISTRICT, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed January 25, 1985.*

GOEHL & SCHUERING, for Claimant.

NEIL F. HARTIGAN, Attorney General (SUE MUELLER, Assistant Attorney General, of counsel), for Respondent.

HOLDERMAN, J.

This cause having come for consideration on the Respondent's motion to file affirmative defenses instanter and the Court being duly advised in the premises:

Finds, that the price of the tramway, which Respondent allegedly orally contracted to buy, exceeds $500.00. The said tramway is a "good" within the definition of "goods" provided by the Uniform Commercial Code. (Ill. Rev. Stat. 1983, ch. 26, par. 2—105.) A contract of the sale of goods for a price exceeding $500.00 is unenforceable without a writing evidencing the alleged contract and signed by the party against whom enforcement is sought. Ill. Rev. Stat. 1983, ch. 26, par. 2—201(1).

It is hereby ordered, that Claimant's complaint is dismissed for failure to comply with the Statute of Frauds. Ill. Rev. Stat. 1983, ch. 26, par. 2—201(1).